**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | **PLAINTIFF** |
| V. | CIVIL ACTION NO. 3:10-CV-527-HTW-LRA |
| HUTTIG BUILDING PRODUCTS, INC. ET AL | **DEFENDANTS** |

**CONSOLIDATED WITH:**

| | |
|---|---|
| WALTON ET AL | **PLAINTIFF** |
| V. | CIVIL ACTION NO. 3:10-CV-601-HTW-LRA |
| HUTTIG BUILDING PRODUCTS, INC. ET AL | **DEFENDANTS** |
| V. | |
| ACE AMERICAN INSURANCE COMPANY | **GARNISHEE** |

**ORDER**

As directed by this court's order of July 25, 2011, awarding attorneys' fees under Title 28 U.S.C. § 1927 to ACE American Insurance Company (ACE), ACE has submitted a request for $86,008.50 in attorneys' fees and provided supporting documentation. Attorney William Walker, to the extent he has objections to the amount of these fees, is to file a response within ten (10) days of this order.

IT IS SO ORDERED AND ADJUDGED this, the 2nd day of August, 2011.

s/ **HENRY T. WINGATE**
_____
**UNITED STATES DISTRICT JUDGE**